# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD WILLIS, an individual, and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>5 STAR ROOFING AND RESTORATION, LLC, an Alabama limited liability company, )<br><br>Defendant. ) | Case No.: 2:18-cv-00679-LCB |

## ORDER OF DISMISSAL

The parties having notified the Court that all claims embraced herein have been resolved by settlement, it is ORDERED that all claims be DISMISSED with prejudice. Costs are taxed as paid. The clerk is directed to close this file.

**DONE** and **ORDERED** this February 27, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE